UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY ANDREW MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>S. HATTON, et al.,<br><br>    Defendants. | Case No. 20-01445-BLF (PR)<br><br>**ORDER REMANDING TO MONTEREY STATE SUPERIOR COURT; DENYING MOTION TO SCREEN AS MOOT**<br><br><br>(Docket Nos. 12, 13) |

Plaintiff, a California inmate, filed a *pro se* complaint (Case No. 18CV003598) in Monterey County Superior Court, which Defendants removed to this Court under 28 U.S.C. §§ 1441(a), 1446(b). Dkt. No. 1. After screening the complaint, the Court dismissed it with leave to amend. Dkt. No. 7. Although Plaintiff filed an amended complaint, Dkt. No. 10, he shortly thereafter filed notice that he wished all the federal claims to be stricken and for the matter to be remanded back to state court to pursue solely the state law claims. Dkt. No. 13.

The request is **GRANTED**. Any federal claims presented in the amended complaint, Dkt. No. 10, shall be **STRICKEN**. There being no basis for subject matter jurisdiction, this matter shall be **REMANDED** back to the Monterey County Superior

Court from which it was removed to proceed solely on the state law claims presented in the amended complaint. *See* 28 U.S.C. § 1447(c). The Court expresses no opinion as to the merits of the state law claims presented therein. Defendants' motion to screen the amended complaint is DENIED as moot.

The Clerk shall mail a copy of the notice of removal, Dkt. No. 1 at 1-4, Plaintiff's amended complaint, Dkt. No. 10, and a copy of this order to the Monterey County State Superior Court (Office of the Clerk, 1200 Aguajito Rd., Monterey, CA 93940).

This order terminates Docket Nos. 12 and 13.

The Clerk shall close this action.

**IT IS SO ORDERED.**

Dated:  **December 30, 2020**

BETH LABSON FREEMAN
United States District Judge

Order of Remand
P:\PRO-SE\BLF\CR.20\01445.Moore_remand.state-ct